# In the United States Court of Federal Claims

No. 10-540 C

(E-Filed:  September 7, 2016)

|  |  |
|---|---|
| CANVS CORPORATION, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| THE UNITED STATES, | ) |
|  | ) |
| Defendant. | ) |
|  | ) |

## ORDER

Before the court is the parties' joint stipulation for the entry of judgment, filed on September 6, 2016 (ECF No. 166).  The court finds the terms of the parties' joint stipulation to be reasonable.

Accordingly, the Clerk of Court shall **ENTER FINAL JUDGMENT** in favor of plaintiff, CANVS Corporation, for the total lump sum of $14,000,000.00.  Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.

s/ Patricia E. Campbell-Smith
PATRICIA E. CAMPBELL-SMITH
Chief Judge